UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No.  08-cr-112-01-SM

<u>Joseph Allen</u>

<u>O R D E R</u>

Defendant Allen's motion to continue the final pretrial conference and trial is granted (document 12). Trial has been rescheduled for the May 2009 trial period. Defendant Allen shall file a waiver of speedy trial rights not later than March 16, 2009. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** May 8, 2009 at 4:00 p.m.

**Jury Selection**: May 19, 2009 at 9:30 a.m.

SO ORDERED.

                                                                  _____
                                                                  Steven J. McAuliffe
                                                                  Chief Judge

March  5, 2009

cc:   Jonathan Saxe, Esq.
      Jennifer Davis, Esq.
      US Probation
      US Marshal